| AO-10 (WP) Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978,* *(5 U.S.C. app. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schlesinger, Harvey, E. | Middle District of Florida | May 1, 2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | 5b. ___ Amended Report | 1-1-05 to 12-31-05 |

| 7. Chambers or Office Address U.S Courthouse #11-150 300 N. Hogan St Jacksonville, FL 32202-4246 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION | NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions.)

1. Trustee — RiverGarden Hebrew Home for the Aged — all Cases
2. Trustee — River Garden Holding Co. — Charitable
3. Trustee — The Community Foundation — organizations

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE | PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1.

2.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE | SOURCE AND TYPE | INCOME

### A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1. $
2. $
3. $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

1. Social Security

2.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey, E | May 1, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE                DESCRIPTION

☐ NONE (No such reportable reimbursements.)

1 The University of Richmond $520.80 for Transportation, Food and lodging Apri 19,100 and 11 for participation in National Admiralty Moot Court Competition as a Judge in Richmond, Va.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE       DESCRIPTION       VALUE

☒ NONE (No such reportable gifts.)

1      $

2      $

3      $

4      $

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

CREDITOR       DESCRIPTION       VALUE CODE*

☒ NONE (No reportable liabilities.)

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey, E | May 1, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CSX (stock) | A | Div | J | T | | | | | |
| 2 Morgan Chase (stock) | A | Div | J | T | | | | | |
| 3 Money Mart Assets (stock) | B | Div | J | T | | | | | |
| 4 Jax Fed CU (accounts) | A | Int | K | T | | | | | |
| 5 Crown Bank (accounts) | C | Int | K | T | Southtrust sold Bank to Crown in March 2005 | | | | |
| 6 1/4 Interest in Building in westbury N.Y | E | Rent | O | Q | | | | | |
| 7 Eaton Vance Income Mgt (stock) | B | Div | K | T | | | | | |
| 8 Eaton Vance Florida Muni (stock) | C | Div | K | T | | | | | |
| 9 Van Kampen Equity (stock) | A | Div | J | T | | | | | |
| 10 Ishares Dow Jones (stock) | B | Div | K | T | | | | | |
| 11 Harley Davidson (stock) | A | Div | J | T | | | | | |
| 12 Home Depot (stock) | A | Div | J | T | | | | | |
| 13 Vodaphone (stock) | A | Div | J | T | | | | | |
| 14 Walt Disney Holding (stock) | A | Div | J | T | | | | | |
| 15 Intel (stock) | A | Div | J | T | | | | | |
| 16 Marriott Int'l (stock) | A | Div | J | T | | | | | |
| 17 St Joe Corp (stock) | A | Div | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2). | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E. | May 1, 2006 |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nuveen Mun. Fund (Stock) | B | Div | J | T | | | | | |
| 2 Cytogen (stock) | A | Div | J | T | | | | | |
| 3 G.E. (Stock) | A | Div | J | T | | | | | |
| 4 Florida East Coast (stock) | A | Div | J | T | | | | | |
| 5 Ford Motor Co (Bond) | B | Div | J | T | | | | | |
| 6 Cisco Systems (stock | A | Div | J | T | | | | | |
| 7 Prudential Financial (stock) | A | Div | J | T | | | | | |
| 8 Tampa FL Waste (Bond) | A | Int | J | T | | | | | |
| 9 Harvard University (Bond) | B | Int | K | T | | | | | |
| 10 Broward County Airport (Bond) | B | Int | K | T | | | | | |
| 11 Bank Sweep Govt Warehouse | A | Int | J | T | | | | | |
| 12 Jacksonville Bank (account) | D | Int | N | T | | | | | |
| 13 Atlantic Coast Fed CU (CDs) | C | Int | These CDs were redeemed July 2005 | | | | | | |
| 14 MBNA (CDs) | B | Int | These CDs were redeemed Oct 2005 | | | | | | |
| 15 Black rock NY Mun. (stock) | D | Div | L | T | | | | | |
| 16 Eaton Vance Prime Rate (stock) | B | Div | D | T | | | | | |
| 17 Franklin N.Y Tax Free (stock) | B | Div | E | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,000-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 1, 2006 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Nuveen ISND N.Y. Muni (Stock | B | Div | K | T | | | | | |
| 2 Rochester Muni Fund (Stock) | A | Div | J | T | | | | | |
| 3 First Bank of Jax (CD) | C | Int | G | T | Accounts opened July 2005 | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000. | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Schlesinger, Harvey E | May 1, 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date _May 1, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544